IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GEORGE L. WORTHAM,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:14-CV-1696-L** |
| | § | |
| **CHRIS HANSEN LAB INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is Plaintiff George L. Wortham's ("Plaintiff") *pro se* Complaint,[1] filed May 7, 2014; and Plaintiff's Motion for Summary Judgment, filed June 3, 2014.[2] This case was referred to Magistrate Judge Renee Harris Toliver on May 7, 2014. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on May 14, 2014, recommending that Plaintiff's Complaint be dismissed with prejudice as frivolous. On June 3, 2014, Plaintiff filed a Motion for Summary Judgment.

The magistrate judge recommended that the complaint be summarily dismissed with prejudice as frivolous. Plaintiff did not state any allegations in support of his petition for writ of certiorari. Instead, he attached approximately 100 pages of rules, pleadings, and forms. Additionally, Plaintiff has had previous actions dismissed as frivolous. All of these previous actions were filed against Chris Hansen Lab Inc. The magistrate judge emphasized that in the complaint before the court, Plaintiff did not present a logical set of facts to support any claim for relief. The

---

[1] Plaintiff's Complaint is titled "Petition for Writ of Certiorari to the United States Court of Appeals for the Northern Circuit."

[2] Plaintiff is proceeding *in forma pauperis*.

Order - Page 1

magistrate judge also stated that granting leave to amend would be futile and would cause needless delay. Plaintiff's "Motion for Summary Judgment" contains a feeble attempt to set forth relevant facts; however, this "motion" is procedurally improper and is still incomprehensible. While the court liberally construes Plaintiff's complaint with all possible deference, Plaintiff's request for a writ of certiorari and motion for summary judgment are frivolous.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's Complaint. Additionally, the court **denies** Plaintiff's Motion for Summary Judgment. The court also agrees with the magistrate judge and warns Plaintiff that if he persists in frivolous or baseless claims, the court will impose sanctions against him. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, the court will enter judgment by separate document.

**It is so ordered** this 12th day of June, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge